IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **CERRON THOMAS HOOKS,** | ) | |
| Petitioner, | ) | |
| v. | ) | 1:05CV1127 |
| **MARVIN POLK, Warden,[1] Central** | ) | |
| **Prison, Raleigh, North Carolina,** | ) | |
| Respondent. | ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 11, 2007, was served on the parties in this action. Counsel for Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that the habeas corpus petition of Cerron Thomas Hooks be denied and that this action be dismissed with prejudice. A judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Judge

Date: August 25, 2008

---

[1] Marvin Polk succeeded Mr. R. C. Lee as Warden at Central Prison. The caption is hereby amended to accurately reflect Mr. Polk as the Respondent.