IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **CERRON THOMAS HOOKS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:05CV1127 |
| | ) | |
| **GERALD J. BRANKER,**[1] | ) | |
| **Warden, Central Prison,** | ) | |
| **Raleigh, North Carolina,** | ) | |
| | ) | |
| Respondent. | ) | |

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 9, 2008, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's application for a certificate of appealability [Docket No. 28] be **DENIED**.

United States District Court Judge

Date: February 9, 2009

---

[1] Gerald J. Branker succeeded Mr. Marvin Polk as Warden at Central Prison. The case caption is hereby amended to accurately reflect Mr. Branker as the Respondent.